88C01-2102-PL-000084
Washington Circuit Court

Filed: 2/5/2021 4:33 PM
Clerk
Washington County, Indiana

STATE OF INDIANA
IN THE CIRCUIT COURT OF WASHINGTON COUNTY

BRIAN ANDERSON,

    PLAINTIFF,

v.

PEGGY SKELTON f/k/a PEGGY ANDERSON,

    DEFENDANT.

CAUSE NO. 88C01-2102-PL-

## COMPLAINT

Plaintiff, Brian Anderson, by counsel, for his Complaint against the Defendant, Peggy Anderson, states as follows:

### FACTUAL BACKGROUND

1. Brian Anderson ("Brian") and Peggy Anderson ("Peggy") were married on May 4, 1991. They resided together at 8002 Highland Springs Drive, Brownsburg, Indiana.

2. On February 17, 2015, an Indiana court dissolved Brian and Peggy's marriage.

3. Years after the divorce was final and interactions between Peggy and Brian had ended, Peggy visited the home of Ricky and Mary ("Marta") Anderson, Brian's aunt and uncle, in New Pekin, Indiana, in the spring of 2019.

4. During this visit Peggy made several defamatory statements to Ricky and Marta Anderson.



5. Her statements included that Brian (1) sexually assaulted her; (2) committed domestic battery against her; (3) is a narcissist and/or sociopath afflicted with Narcissistic Personality Disorder and/or Anti-Social Personality Disorder; and (4) attempted to make her look "crazy" in hopes that she would commit suicide. As Peggy is aware, these statements are false.

6. Peggy's visit with Brian's aunt and uncle was an unlawful effort to irreparably harm Brian's reputation and standing within his own family and community.

7. Upon information and belief, Peggy has made additional false statements regarding Brian. By way of example only, Peggy sent a text message to Lynn Maudlin, Brian's friend, on May 23, 2019, containing a message, as well as a video, erroneously suggesting that Brian physically and sexually assaulted Peggy.

8. Upon information and belief, Peggy is now a resident of Tennessee.

9. Brian recently began residing in Florida.

## COUNT I: DEFAMATION

10. Brian hereby incorporates, by reference, the preceding paragraphs of his complaint.

11. Peggy's communications with Ricky and Marta Anderson were made with defamatory imputation and malice.

12. Brian is entitled to presumed damages arising from Peggy's *per se* defamation. Additionally, he has suffered immense emotional distress, damage to his reputation, diminished health, damages to his personal relationships, and loss of income as a result of Peggy's unlawful conduct.

## COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13. Brian hereby incorporates, by reference, the preceding paragraphs of his complaint.

14. Peggy knowingly making false accusations of a crime and sexual assault against Brian constitutes outrageous conduct.

15. Peggy engaged in the outrageous conduct towards Brian with the intention to cause, or with reckless disregard for the probability of causing, Brian to suffer severe emotional distress.

16. As a result of Peggy's conduct, Brian has suffered and continues to suffer severe emotional distress, humiliation, anguish, physical injuries, and economic losses.

WHEREFORE, Brian Anderson respectfully prays that this Court enter judgment against Peggy Anderson:

1. Awarding Brian monetary damages to compensate for economic losses, emotional distress, pain, suffering, loss of reputation, and other damages Brian has suffered and continues to suffer as a result of Peggy's actions;

2. Awarding Brian punitive damages;

3. Awarding Brian fees, expenses, and related costs of this action, including reasonable attorney's fees;

4. Enjoining Peggy from publishing the defamatory statements; and

5. All other relief just and proper.

- 4 -

                                      /s/ *Chelsea R. Stanley*
Douglas B. Bates, Bar No. 16355-10
dbates@stites.com
Chelsea R. Stanley, Bar No. 32770-22
cstanley@stites.com
**STITES & HARBISON PLLC**
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
COUNSEL FOR PLAINTIFF,
BRIAN ANDERSON

206980:3

Case 4:21-cv-00034-SEB-DML   Document 1-1   Filed 03/04/21   Page 5 of 9 PageID #: 10

88C01-2102-PL-000084
Washington Circuit Court

Filed: 2/5/2021 4:33 PM
Clerk
Washington County, Indiana

STATE OF INDIANA
IN THE CIRCUIT COURT OF WASHINGTON COUNTY

BRIAN ANDERSON,

    PLAINTIFF,

v.

PEGGY SKELTON f/k/a PEGGY ANDERSON,

    DEFENDANT.

CAUSE NO. 88C01-2102-PL-

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating ☒  Responding ☐  Intervening ☐

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Brian Anderson

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| Chelsea R. Stanley<br>STITES & HARBISON PLLC<br>323 East Court Avenue<br>P. O. Box 946<br>Jeffersonville, IN 47131-0946 | Attorney No.: 32770-22<br>Phone: (812) 218-1705<br>FAX: (812) 284-5519<br>Email: cstanley@stites.com |
| Douglas B. Bates<br>STITES & HARBISON, PLLC<br>323 East Court Avenue<br>P. O. Box 946<br>Jeffersonville, IN 47131-0946 | Attorney No.: 16355-10<br>Phone: (812) 218-1707<br>FAX: (812) 284-5519<br>Email: dbates@stites.com |

**(Supply information for additional attorneys on continuation page.)**

3. There are other party members: Yes ☐  No ☒ (If yes, list on continuation page.)

4. If first initiating party filing case, Clerk is requested to assign case the following Case Type under Administrative Rule 8(b)(3): 88C01-2102-PL-

5. Will Accept FAX service: No.

6. This form has been served on all other parties. Certificate of Service is attached: Yes ☒ No ☐

/s/*Chelsea R. Stanley*
Chelsea R. Stanley

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance of Counsel was served on the Defendant by serving a copy of the same with the Complaint.

/s/*Chelsea R. Stanley*
Chelsea R. Stanley

207340:1

**88C01-2102-PL-000084**

Washington Circuit Court

Filed: 2/5/2021 4:33 PM
Clerk
Washington County, Indiana

STATE OF INDIANA
IN THE CIRCUIT COURT OF WASHINGTON COUNTY

BRIAN ANDERSON,

    PLAINTIFF,

v.                                             CAUSE NO. 88C01-2102-PL-

PEGGY SKELTON f/k/a PEGGY ANDERSON,

    DEFENDANT.

## SUMMONS

TO:    Peggy Skelton f/k/a Peggy Anderson
        767 Big Piney Loop
        Wilder, Tennessee 38589

1. You have been sued by the plaintiff named above, in the court identified above.

2. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiff has made against you.

3. You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons,{you have twenty-three (23) days to answer if the Summons is received by Certified Mail} or judgment will be entered against you for what the Plaintiff has demanded.

4. If you deny the demand and/or have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

5. It is suggested that you consult with an attorney of your choice regarding this matter.

DATED: 2/8/2021                              AE
                                    Stephanie K. Rockey (Seal)
                                    Clerk of Washington Circuit Court

(The following manner of service of summons is hereby designated.

207342:1

X   Service by Certified Mail-Return Receipt Requested

Douglas B. Bates, Bar No. 16355-10
dbates@stites.com
Chelsea R. Stanley, Bar No. 32770-22
cstanley@stites.com
**STITES & HARBISON PLLC**
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
COUNSEL FOR PLAINTIFF

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of February, 2021, I mailed a copy of this Summons and a copy of the Complaint to Peggy Skelton f/k/a Peggy Anderson, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

                                                                      Clerk of the Circuit Court of
                                                                      Washington County, Indiana

Dated: _____, 2021

207342:1

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Peggy Skelton f/k/a Peggy Anderson, were accepted by the Defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint were returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Peggy Skelton f/k/a Peggy Anderson, were accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____, 2021.

_____
Clerk of the Circuit Court of
Washington County, Indiana

207342:1